IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | W.D. of Missouri |
| | ) | Case No. 11-0074SWH-01 |
| | ) | |
| CHRISTIAN AVALOS-CONTRERAS, | ) | District of New Mexico |
| | ) | Case No. 08CR03017-001JP |
| | ) | |
| Defendant. | ) | |

O R D E R

On June 30, 2011, the defendant appeared before the undersigned with court appointed counsel William Raymond on an arrest warrant issued by the United States District Court for the District of New Mexico. The warrant was issued based upon a Petition for Revocation of Supervised Release. Pursuant to Fed. R. Crim. P. 32.1(a)(5)(A)(i), the Court held a preliminary hearing and found probable cause to believe a violation of supervision occurred. The defendant admitted he was the individual under supervision in New Mexico, thereby waiving his right to a removal hearing. Accordingly, it is

ORDERED that the United States Marshal for the Western District of Missouri transport or cause the defendant to be transported forthwith to the United States District Court for the District of New Mexico, for all further proceedings.

      /s/ SARAH W. HAYS
      SARAH W. HAYS
      UNITED STATES MAGISTRATE JUDGE